IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHNNY A. HOWARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO CV-08-AR-0824-S |
| | ) |
| VERIZON WIRELESS SERVICES, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## JOINDER AND CONSENT TO REMOVAL

Without waiving any other defenses, Verizon Wireless Services, LLC, hereby joins in and consents to the removal of this action from the Circuit Court of Jefferson County, Alabama to this Court.

Verizon Wireless Services, LLC was served with the Complaint, the initial pleading setting forth the claim for relief upon which this action is based, on April 11, 2008.

Respectfully submitted,

*/s/ Allan Sidney Jones/esm/*
ALLAN SIDNEY JONES (JON120)
ELIZABETH KANTER (JAC084)
ATTORNEYS FOR DEFENDANT
VERIZON WIRELESS SERVICES, LLC

**OF COUNSEL:**
**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the electronic filing system which will send notification of such filing to the following on this 9th day of May 2008:

John G. Watts, Esq.
Watts Law Group, P.C.
700 29th Street South
Suite 201
Birmingham, Alabama 35233

Marc F. Kirkland, Esq.
Strasburger & Price, LLP
2801 Network Boulevard, Suite 600
Frisco, TX 75034

M. Stan Herring, Esq.
Mr. Stan Herring, P.C.
700 29th Street South
Suite 201
Birmingham, Alabama 35233

_/s/_
OF COUNSEL