FILED
2009 May-08  PM 02:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION

JOHNNY A. HOWARD,              }
                               }
     Plaintiff,                }
                               }       CIVIL ACTION NO.
v.                             }       08-AR-0824-S
                               }
VERISON WIRELESS SERVICES,     }
LLC, et al.,                   }
                               }
     Defendants.               }
```

## ORDER

The court having been informed that the parties in the above-entitled action have reached a settlement, the action is hereby DISMISSED WITH PREJUDICE.  The parties shall have **fourteen (14) days** from the date of this order within which to request the substitution of a modified stipulated final judgment.

The parties shall bear their own respective costs.

DONE this 8th day of May, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE